### International & Great Northern Railroad Company v. W. H. Barton.

#### No. 820. Decided November 2, 1899.

**Railway—Killing Stock—Damages—Interest—Statute.**

Interest on its value from the date of the death or injury of the animal is not recoverable as a part of the damages for stock run over by railway trains, under Revised Statutes, article 4528. (P. 63.)

QUESTION CERTIFIED by the Court of Civil Appeals for the Fourth District, in an appeal from Rusk County.

*T. B. Butler*, for appellant.—The measure of damage in this case is the value of a horse, and interest can not be recovered until after rendition of judgment. Sayles' Ann. Stats., art. 4528; Railway v. Carter, 18 S. W. Rep., 196; Railway v. Dromgoole, 24 S. W. Rep., 372; Railway v. Muldrow, 54 Texas, 233; Railway v. Downey, 28 S. W. Rep., 109; Railway v. Cunningham, 23 S. W. Rep., 332.

*N. B. Morris*, for appellee.

WILLIAMS, ASSOCIATE JUSTICE.—The Court of Civil Appeals for the Fourth District has certified for decision this question: "Is interest recoverable as a part of the damages under the provisions of article

4528, Revised Statutes of Texas, from the date of the death or injury of an animal, or is the measure of damages the value of the animal or amount of damages without interest?"

We answer that interest is not recoverable. (St. Louis Southwestern Railway Company v. Chambliss, this day decided.)